**2008-1634. State ex rel. Ealy v. Rapeley.**

In Mandamus. On motion to dismiss. Motion to dismiss granted. Cause dismissed.

MOYER, C.J., and PFEIFER, LUNDBERG STRATTON, O'CONNOR, O'DONNELL, LANZINGER, and CUPP, JJ., concur.

**2008-1715. Hughley v. Saunders.**

In Habeas Corpus. On petition and amended petition for writ of habeas corpus of Kevin Hughley and petitioner's notice of filing of writ of mandamus with court of appeals, notice of denial of appeal bond and unauthorized sentence, and notice of bond payment. Sua sponte, cause dismissed.

MOYER, C.J., and PFEIFER, LUNDBERG STRATTON, O'CONNOR, O'DONNELL, LANZINGER, and CUPP, JJ., concur.

**2008-1746. Burnett v. Voorhies.**

In Habeas Corpus. On petition for writ of habeas corpus of Wendell Burnett. Sua sponte, cause dismissed.

MOYER, C.J., and PFEIFER, LUNDBERG STRATTON, O'CONNOR, O'DONNELL, LANZINGER, and CUPP, JJ., concur.

**2008-1754. Cart v. Trumbull Cty. Sheriff.**

In Habeas Corpus. On petition for writ of habeas corpus of Michael Cart. Sua sponte, cause dismissed.

MOYER, C.J., and PFEIFER, LUNDBERG STRATTON, O'CONNOR, O'DONNELL, LANZINGER, and CUPP, JJ., concur.

## MOTION AND PROCEDURAL RULINGS

**2007-1984. State ex rel. Hina v. Indus. Comm.**

Franklin App. No. 07AP-23, 2007-Ohio-4596. On request for oral argument by Anchor Glass Container Corp. Request denied.

**2008-0418. State v. Akron.**

Summit App. No. 23660, 2008-Ohio-38. On motion to strike brief of amicus curiae Jon K. Burdeshaw. Motion denied.

MOYER, C.J., and O'CONNOR and LANZINGER, JJ., dissent.

**2008-0598. Med. Mut. of Ohio v. Schlotterer.**

Cuyahoga App. No. 89388, 2008-Ohio-49. On motions for admission pro hac vice of Howard Anglin and Kirk J. Nahra by Lisa L. Norris. Motions granted.

**2008-0748. State ex rel. Perrea v. Cincinnati Pub. Schools.**

In Mandamus. On answer of respondent. Sua sponte, an alternative writ is granted and the following briefing schedule is set for presentation of evidence and filing of briefs pursuant to S.Ct.Prac.R. X:

The parties shall file any evidence they intend to present within 20 days of the date of this entry; relator shall file a brief within 30 days of the date of this entry; respondent shall file a brief within 20 days after the filing of relator's brief; and relator may file a reply brief within seven days after the filing of respondent's brief.

**2008-1052. State v. Madaris.**

Hamilton App. No. C-070287, 2008-Ohio-2470. On motion for stay of briefing schedule or, in the alternative, motion to consolidate for purposes of oral argument. Motion for stay of briefing schedule granted. This cause is held for the decision in 2007-1812, *State v. Harris,* Hamilton App. No. C-060587.

**2008-1218. Meerland Dairy L.L.C. v. Ross Twp.**

Greene App. No. 07CA0083, 2008-Ohio-2243. On joint motion for stay of jurisdictional determination. Motion granted. The parties shall notify the court of the status of the settlement negotiations within 30 days of the date of this order.